UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ **3rd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Orestes Ruiz, Jr.**  JOINT DEBTOR: _____  CASE NO.: **17-13737-EPK**
Last Four Digits of SS# **xxx-xx-8498**  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **946.88** for months **1** to **60** ;
- B. $ _____ for months ___ to ___ ;
- C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3500.00**  TOTAL PAID $ **3500.00**
Balance Due $ **0.00** payable $ _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-** _____  Arrearage on Petition Date $ _____
Address: _____  Arrears Payment $ _____ /month (Months _ to _)
Account No: _____  Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-** _____  Total Due $ _____
_____  Payable $ _____ /month (Months _ to _)  Regular Payment $ _____

Unsecured Creditors: Pay $ **860.80** /month (Months **1** to 6**0** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of th Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

Bank of America xx5192 will be paid directly outside of the plan
Bank of America xxx3699 will be paid directly outside of the plan
Ford Credit xx2792 will be paid directly outside of the plan
Southeast Toyota Finance xx0649 will be paid directly outside of the plan

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Orestes Ruiz, Jr.
Orestes Ruiz, Jr.
Debtor

Date: **August 10, 2017**

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy